UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ALEECE R., | : Case No. 3:21-cv-00242 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Caroline H. Gentry |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This Social Security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. No. 10). The parties agree that this Court should enter a judgment reversing the Commissioner's decision under Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings consistent with this motion. The parties further agree judgement should be entered in favor of Plaintiff. Upon remand, the Commissioner will instruct an administrative law judge (ALJ) to further evaluate the claimant's symptoms; further evaluate the residual functional capacity and, in so doing, further evaluate the medical opinion evidence; if warranted, obtain supplemental vocational expert testimony; take any other action necessary to complete the administrative record; and issue a new decision. As the same ALJ has already decided this case twice, the

Commissioner will direct that the case is remanded to a different ALJ pursuant to the Hearings, Appeals, and Litigation Law Manual (HALLEX).

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion to Remand (Doc. No. 10) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 4-11-22

Walter H. Rice
United States District Judge